UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH C. SCHREIBER, MARY JANE
LAMBERT, and GEORGE H. VANTINE,
and others on behalf of themselves and a
similarly situated class,

    Plaintiffs,

Case No. 07-10246

v.

Honorable Patrick J. Duggan

PHILLIPS DISPLAY COMPONENTS
COMPANY and PHILLIPS
ELECTRONICS NORTH AMERICA
CORP., and PHILLIPS PACE,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO SEVER AND DENYING DEFENDANTS' MOTION TO TRANSFER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 19, 2007.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

Kenneth C. Schreiber, Mary Jane Lambert, and George H. Vantine (collectively

"Plaintiffs") filed this lawsuit against Phillips Display Components Company ("PDC"),

Phillips Electronics North America Corp. ("PENAC"), and Phillips PACE

("PACE")(collectively "Defendants"), on January 16, 2007, pursuant to Section 301 of

the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, and Section

502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B). Plaintiffs, on behalf of themselves and a putative class of persons similarly situated, seek a declaratory judgment that Defendants are obligated to provide retiree health care benefits. In addition, Plaintiffs seek injunctive relief and monetary damages. On March 13, 2007, Plaintiffs filed an amended compliant asserting the following counts: Count I (Violation of Collective Bargaining Agreement); Count II (Violation of ERISA Union Plan); Count III (Violation of ERISA Salaried Plan); Count IV (Breach of Fiduciary Duty).

Presently before this Court are Defendants' Motion to Sever Claims and Motion to Transfer Venue. Plaintiffs have filed a response to Defendants' motions, to which Defendants have replied. In addition, supplemental briefs have been filed by the parties. The Court held a hearing on Defendants' motions on July 19, 2007.

For the reasons stated at the hearing,

**IT IS ORDERED**, that Defendants' Motion to Sever is **DENIED**.

**IT IS FURTHER ORDERED**, that Defendant's Motion to Transfer is **DENIED.**

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Lisa M. Smith, Esq.
David W. Zoll, Esq.
Gregory V. Mersol, Esq.
David A. Posner, Esq.