UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 07-10246

KENNETH C. SCHREIBER, MARY JANE
LAMBERT, and GEORGE H. VANTINE,   Honorable Patrick J. Duggan

       Plaintiffs,

v.

PHILIPS DISPLAY COMPONENTS CO.,
PHILIPS ELECTRONIC NORTH
AMERICA CORP., and PACE,

       Defendants.
_____/

## JUDGMENT

Plaintiffs filed this lawsuit against Defendants on January 16, 2007, alleging violations of Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 , 29 U.S.C. § 1132(a)(1)(B).  In an Opinion entered on this date, the Court held that Plaintiffs failed to demonstrate Defendants' alleged violations at a bench trial held on January 12, 13, and 25, 2010.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is entered against Plaintiffs and in favor of Defendants and that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

DATE: March 3, 2010                        s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

copies to:

David W. Zoll, Esq.
Lisa M. Smith, Esq.
Gregory V. Mersol, Esq.
Todd A. Dawson, Esq.